UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTOR CICERO and CAROL CICERO,
his wife,

              Plaintiffs,

v.                           Case No. 3:06-cv-398-J-33HTS

BANK OF AMERICA, N.A., a foreign
profit corporation,

              Defendant.
_____/

**ORDER**

This cause comes before the Court pursuant to Plaintiffs' Motion to Dismiss Counterclaim [or] Alternatively Motion for More Definite Statement (Doc. # 5), which was filed on May 24, 2006.

Plaintiffs' motion states:

> [P]laintiffs move the Court to enter an Order dismissing the counterclaim filed by Bank of America on the grounds that it fails to state a cause of action due to the fact [that] it omits the material issue of fact regarding the date of the alleged default that must be plead, or in the alternative the Court should Order that the defendant, Bank of America, to file an amended counterclaim setting forth the date of the alleged default by the Plaintiffs.

(Doc. # 5 at 3).

On June 1, 2006, Defendant filed an amended answer and counterclaim (Doc. # 7) and, on June 14, 2006, Plaintiffs filed an answer to the amended counterclaim. (Doc. # 8). Accordingly, Plaintiffs' motion to dismiss the original counterclaim (Doc. # 5)

is denied as moot.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Plaintiffs' Motion to Dismiss Counterclaim [or] Alternatively Motion for More Definite Statement (Doc. # 5) is **DENIED AS MOOT**.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 27th day of June, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

copies to:

All counsel of record