UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VICTOR CICERO and CAROL CICERO, his wife,

          Plaintiffs,

v.                       Case No. 3:06-cv-398-J-33HTS

BANK OF AMERICA, N.A., a foreign profit corporation,

          Defendant.
_____/

**ORDER**

    This cause comes before the Court pursuant to the Ciceros' Motion for Extension of Time to Complete Discovery (Doc. # 14), filed on August 14, 2007. Bank of America filed a response the next day. (Doc. # 16.) The Ciceros' request a sixty-day extension of the discovery deadline "based on newly discovered information." (Doc. # 14, at 2.) Bank of America argues that the Ciceros have not uncovered new information -- or, if they have, they have not produced the information to Bank of America -- and therefore no extension should be granted. (Doc. # 16, at 3.) Because the Court finds good cause to extend the deadlines in this case, the Court grants the Ciceros' motion.

    Rule 16 of the Federal Rules of Civil Procedure requires the court to enter a scheduling order setting a deadline for the completion of discovery. Fed. R. Civ. P. 16(b). The deadlines in

1

this order may not be modified except upon a showing of good cause. Id.  "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension."  Sosa v. Airprint Sys., 133 F.3d 1417, 1418 (11th Cir. 1998) (internal quotation marks omitted).

The Ciceros assert that "[s]ome of the newly discovered information . . . was known all along by [Bank of America] but not [the Ciceros] until the production of some of the new credit reports run in March and July of 2007."  (Doc. # 14, at 2.)  Thus, the Ciceros' counsel represents that information discovered as late as July 2007 revealed the necessity of deposing "numerous individuals" whose depositions counsel previously thought unnecessary.  (Doc. # 14, at 3.)  If information discovered in July did in fact reveal the necessity of taking numerous depositions, it is unlikely that a diligent attorney would have been able to complete discovery by August 15.  Because counsel is an officer of the court, this Court will take him at his word that the information was in fact newly discovered, and that only this information revealed the necessity of the depositions.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

The Ciceros' Motion for Extension of Time to Complete Discovery (Doc. # 14) is **GRANTED**.  The Court will enter an amended case management and scheduling order reflecting the new deadlines

2

in the case.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 17th day of August 2007.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel of Record